UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WALTER CARABALLO,　　　　　　　　　　　　　　　　　JUDGMENT
　　　　　　　　　　　　　　　　　　　　　　　　　　　　05-CV- 2416 (ARR)
　　　　　　　　　　　Plaintiff,

　　-against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

　　　　　　　　　　　Defendant.
-----------------------------------------------------------------X

An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on May 8, 2006, denying defendant's motion for judgment on the pleadings; reversing the Commissioner's decision; and remanding the case to the Commissioner for further proceedings consistent with the Court's Opinion and Order dated May 2, 2006; it is

ORDERED and ADJUDGED that defendant's motion for judgment on the pleadings is denied; that the Commissioner's decision is reversed; and that the case is remanded to the Commissioner for further proceedings consistent with the Court's Opinion and Order dated May 2, 2006.


Dated: Brooklyn, New York
　　　　May 09, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. HEINEMANN
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court